UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:                                          Case No. 24-24399
Tasha Shanea Evans
                                                Honorable Katherine M. Perhach
          Debtor.
                                                Chapter 13

**<u>MOTION TO MODIFY STAY</u>**

NOW COMES Prestige Financial Services Inc., by and through its attorney, JAMES M. PHILBRICK, of THE LAW OFFICES OF JAMES M. PHILBRICK, and as and for its Motion to Modify Stay, states as follows:

1.      That Prestige Financial Services Inc. is a creditor-claimant of the Debtor and brings this motion pursuant to 11 U.S.C. §362(d).

2.      That on or about July 13, 2022, the Debtor executed an agreement for an interest in one 2019 Toyota Corolla, VIN 2T1BURHEXKC232857.  A copy of said agreement is attached hereto as Exhibit A and made a part hereof.

3.      That Prestige Financial Services Inc. has a properly perfected interest in the collateral in accordance with the Illinois Motor Vehicle Act, and said lien was noted upon the Certificate of Title in connection with the aforesaid motor vehicle.  A copy of said Certificate of Title is attached hereto as Exhibit B and made a part hereof.

4.      That on August 22, 2024, the Debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Code.

5.      That the current payoff balance for the said vehicle is approximately $18,665.32.

6.      That the current retail value for the said vehicle is approximately $14,425.00.

7.      That the Debtor has no appreciable equity in the said vehicle.

8.      That the Debtor is to be the disbursing agent for payments to Prestige Financial Services Inc.. The Debtor's installment  payments are $466.42 a month, and the Debtor has defaulted in making installment payments for the months of August 2024 through March 2025, for a total default of $3,731.36.

9.      That the Debtor has not provided Prestige Financial Services Inc. with proof of full coverage insurance on the said vehicle.

10.     That the vehicle is not necessary for an effective reorganization.

11.     That Prestige Financial Services Inc.'s collateral is a depreciating asset.

12.     That Prestige Financial Services Inc. lacks adequate protection in its collateral, and therefore should be allowed to immediately enforce and implement any Order Modifying the Automatic Stay that this Honorable Court may enter, notwithstanding Federal Bankruptcy Rule 4001(a)(3).

WHEREFORE, Prestige Financial Services Inc. prays this Honorable Court for the entry of the attached order modifying the automatic stay of 11 U.S.C. §362 so as to allow Prestige Financial Services Inc. to take possession of one 2019 Toyota Corolla, VIN 2T1BURHEXKC232857, and to enforce its rights against the security in accordance with the agreement and/or applicable state laws; and to find that Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is non-applicable and thus Prestige Financial Services Inc. may immediately enforce and implement the attached Order Modifying the Automatic Stay; and for leave to file an unsecured claim for any deficiency remaining after the sale of the vehicle; and that the claim be deemed as a timely filed claim; and for such other and further relief as the Court may deem just and proper.

Prestige Financial Services Inc.

By: /s/ James M. Philbrick
                        One of its Attorneys

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690
jamesphilbrick@comcast.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:                                      Case No. 24-24399
Tasha Shanea Evans                          Honorable Katherine M. Perhach
     Debtor.                              Chapter 13

### NOTICE OF MOTION

To:

| | | |
|---|---|---|
| Tasha Shanea Evans<br>8214 W Sheridan Ave<br>Milwaukee, WI 53218<br>Via U.S. Mail | Abraham Pinon<br>Geraci Law L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603<br>Via Court Electronic<br>Notification through ECF | Scott Lieske<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203<br>Milwaukee, WI 53203<br>Via Court Electronic<br>Notification through ECF |
| U.S. Trustee's Office<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202<br>Via Court Electronic<br>Notification through ECF | | |

    **PLEASE TAKE NOTICE** that Prestige Financial Services Inc., by the undersigned attorney, has filed papers with the court to obtain relief from the automatic stay, for the purpose of proceeding in state court, if necessary, for the recovery of a motor vehicle described elsewhere in these papers. A copy of the motion is attached.

    <u>**YOUR RIGHTS MAY BE AFFECTED.**</u> **YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT WITH ONE.**

    If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then within 14 days of the date of this motion, you or your attorney must file a written objection and request for a hearing with the Court, at Clerk, U.S. Bankruptcy Court, 517 East Wisconsin Ave., Room 125, Milwaukee, WI 53202. In addition, you must mail a copy to the undersigned attorney at the address shown, and to the trustee of record. The Court will schedule a hearing on the motion and objection.

    If you or your attorney do not take these steps,, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

    Dated : April 16, 2025

                       /s/ James M. Philbrick
                       James M. Philbrick, Attorney for Prestige Financial Services Inc.

### CERTIFICATE OF SERVICE

    I, James M. Philbrick, an attorney, certify that I personally served the above and foregoing notice and motion on the above parties by Court Electronic Notification and by depositing the same in the U.S. Mail on the 16th day of April, 2025, before the hour of 5:00 p.m. from the U.S. Post Office, Mundelein, Illinois 60060.

                       /s/ James M. Philbrick

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690
jamesphilbrick@comcast.net

# ILAW 553-WI-eps 7/21

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| TASHA EVANS<br>2778 N 48TH ST<br><br>MILWAUKEE, WI 53222 MILWAUKEE | NA | KUNES COUNTRY CHEVROLET GMC<br>BUICK OF ELKHORN INC<br>1350 HWY 67 SOUTH PO BOX # 317<br>ELKHORN, WI 53121 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2019 | TOYOTA COROLLA L/LE/XL | 2T1BURHEXKC232857 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ NA |

### TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 500.00 is |
|---|---|---|---|---|
| 17.990 % | $ 13277.29 | $ 20304.95 | $ 33582.24 | $ 34082.24 |

(e) means an estimate

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 466.42 | MONTHLY beginning 08/27/2022 |
| NA | $ NA | NA |
| | NA | |

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of ___5___ % of the part of the payment that is late. The charge will not exceed $ ___10___ if you bought the vehicle for personal, family or household use and the amount financed is $25,000 or less.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest:** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

### WARRANTIES SELLER DISCLAIMS

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

### SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

### APPLICABLE LAW

Federal law and the law of the state of Wisconsin apply to this contract.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Buyer Signs X _____ Co-Buyer Signs X _____NA_____

LAW 553-WI-eps 7/21 v2    Page 1 of 5

## ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including accessories, services, taxes        $ 20465.95 (1)

  SALES TAX   $ 1066.95 NA       $ NA ,

  and SERVICE FEE   $ 399.00 )

2 Total Downpayment =

  Trade-in _____

         (Year)    (Make)      (Model)

  Gross Trade-In Allowance              $ NA

  Less Pay Off Made By Seller to NA    $ NA

  Equals Net Trade In                $ NA

  + Cash                        $ 500.00

  + Other NA                 $ NA

  + Other NA                 $ NA

  + Other NA                 $ NA

  (If total downpayment is negative, enter "0" and see 4I below)    $ 500.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2)    $ 19965.95 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf

  (Seller may keep part of these amounts):

  A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.

    Life                        $ NA

    Disability               $ NA        $ NA

  B Other Optional Insurance Paid to Insurance Company or Companies   $ NA

  C Official Fees Paid to Government Agencies

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

  D Optional Gap Contract             $ NA

  E Government Taxes Not Included in Cash Price   $ NA

  F Government License and/or Registration Fees

    _____ $ 155.00

  G Government Certificate of Title Fees      $ 164.50

  H DMV Automated Processing Partnership System Fee Paid to

    STATE OF WI                $ 19.50

  I Other Charges (Seller must identify who is paid and describe purpose.)

    to NA          for Prior Credit or Lease Balance   $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    to NA          for NA          $ NA

    Total Other Charges and Amounts Paid to Others on Your Behalf   $ 339.00 (4)

5 Amount Financed (3 + 4)             $ 20304.95 (5)

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before

_____ NA _____ , Year NA . SELLER'S INITIALS NA

---

**Returned Check Charge:** You agree to pay a charge of $ 15 if any check you give us is returned unsatisfied or any electronic payment is returned unpaid because you do not have an account with the financial institution on which the check is drawn or do not have sufficient funds or credit with the financial institution.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ NA _____ Mos.

_____ NA _____

Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X NA _____

---

## NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

---

Buyer Signs X _[signature]_      Co-Buyer Signs X    NA _____

LAW 553-WI-eps 7/21 v2   Page 2 of 5

insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

## Check the insurance you want and sign below:
### Optional Credit Insurance

☐ Credit Life:    ☐ Buyer    ☐ Co-Buyer    ☐ Both     . ☐ Credit Disability:    ☐ Buyer    ☐ Co-Buyer    ☐ Both

Insurance Company Name NA       Home Office Address NA

**Credit life insurance and credit disability insurance are not required to obtain credit.** Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. Credit disability insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life or credit disability insurance provides. See the policies or certificates for coverage limits and other terms and conditions. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

Premium:
Credit Life $ NA       Credit Disability $ NA

I want the Optional Credit Life Insurance checked above.

| | | | |
|---|---|---|---|
| **X** NA | NA | **X** NA | NA |
| Buyer Signature | Date | Co-Buyer Signature | Date |

I want the Optional Credit Disability Insurance checked above.

| | | | |
|---|---|---|---|
| **X** NA | NA | **X** NA | NA |
| Buyer Signature | Date | Co-Buyer Signature | Date |

### Other Optional Insurance

☐ NA      NA      Premium $ NA
     Type of Insurance      Term

Description of Coverage       Insurance Company Name
NA         NA

Home Office Address
NA

☐ NA      NA      Premium $ NA
     Type of Insurance      Term

Description of Coverage       Insurance Company Name
NA         NA

Home Office Address
NA

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the Other Optional Insurance checked above.

| | | | |
|---|---|---|---|
| **X** NA | NA | **X** NA | NA |
| Buyer Signature | Date | Co-Buyer Signature | Date |

**ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR PUBLIC LIABILITY PROTECTING THE DRIVER AGAINST DAMAGES RESULTING FROM NEGLIGENT USE OF THE VEHICLE.**

Buyer Signs X 1. (WW)     Co-Buyer Signs X NA       *LAW 553-WI-eps 7/21 v2*    Page 3 of 5

# OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

   **a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

   **b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

   **c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

   **d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

   **a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

   **b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask you to pay it, as the law allows.

   **c. Security interest.**
   You give us a security interest in:
   - The vehicle and all parts or goods put on it;
   - All money or goods received (proceeds) for the vehicle;
   - All insurance, maintenance, service, or other contracts we finance for you; and
   - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

   This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

   **d. Insurance you must have on the vehicle.**
   You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract. If the

vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

   **e. What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

   **a. You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

   **b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe at once after we give you any notice the law requires. Default means:
   1. You made a material false statement during credit application;
   2. If this is a consumer contract, an amount that is more than one full payment is more than 10 days past due, or the first or last payment is more than 40 days past due. (This is a consumer contract if you bought the vehicle for personal, family, or household purposes and the Amount Financed is $25,000 or less.);
   3. If this is not a consumer contract, you do not pay any payment on time; or
   4. You start a proceeding in bankruptcy or one is started against you or your property, or you break any agreements in this contract, except that if this is a consumer contract, we will only treat these events as defaults if the condition, value, or protection of the vehicle, or our right in the vehicle, or your ability to pay amounts due under the transaction is materially impaired.

   The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted. Our right to demand that you pay this amount is subject to any right the law gives you to reinstate this contract.

   **c. Our Remedies Upon Default.** If you default, we may take (repossess) the vehicle from you after we give you any notice the law requires. Our right to take the vehicle is subject to any right the law gives you to demand a court hearing before we take it. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

   **d. You may have to pay collection costs.** If this is not a consumer contract and we hire an attorney to collect what you owe, you will pay the attorney's fee, court costs and expenses we incur as the law allows.

   **e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may to get it back (redeem). We will tell you how much to pay to redeem. You may have to pay expenses we pay as a direct result of taking and holding the vehicle as the law permits. Your right to redeem ends when we sell the vehicle.

Buyer Signs X _____    Co-Buyer Signs X _____ NA _____

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are travel and transportation expenses of the creditor in taking the vehicle and expenses paid to persons not related to the creditor as a direct result of taking, holding, cleaning, restoring, and repairing the vehicle, as the law permits. Statutory attorney fees and court costs the law permits us to charge you are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us unless the law provides otherwise. If you do not pay this amount when we ask, we may continue to assess finance charges at the Annual Percentage Rate shown on page 1 of the contract until you pay all you owe us.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.    Buyer Signs **X** _/ (\/\/\)_    Co-Buyer Signs **X** NA

If any part of this contract is not valid, all other parts stay valid unless the law provides otherwise. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See the rest of this contract for other important agreements.

### FOR MARRIED WISCONSIN CONSUMERS:

YOU RECOGNIZE THAT THIS RETAIL INSTALLMENT CONTRACT IS INCURRED AS A FAMILY OBLIGATION UNDER WISCONSIN LAW AND THAT YOUR MARITAL PROPERTY MAY BE SUBJECT TO LIABILITY UNDER THIS OBLIGATION.

**X** NA
Buyer's Signature

**X** NA
Co-Buyer's Signature

If you are married and your spouse is not a buyer, co-buyer, or other owner, please complete the following:

Name of Buyer's Spouse: NA    Address NA

Name of Co-Buyer's Spouse: NA    Address NA

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

### NOTICE TO CUSTOMER

**(a) DO NOT SIGN THIS BEFORE YOU READ THE WRITING ON EACH PAGE, EVEN IF OTHERWISE ADVISED.**
**(b) DO NOT SIGN THIS IF IT CONTAINS ANY BLANK SPACES.**
**(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.**
**(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE DUE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.**

Buyer Signs **X** _/ (\/\/\)_    Date 07/13/2022    Co-Buyer Signs **X** NA    Date _____
Buyer Printed Name TASHA EVANS    Co-Buyer Printed Name _____

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name NA    Title NA

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here **X** NA    Address NA

Seller signs KUNES COUNTRY CHEVROLET GMC    Date 07/13/2022    By **X** _R_sb_    Title _____
BUICK OF ELKHORN INC

Seller assigns its interest in this contract to PRESTIGE FINANCIAL SERVICES    (Assignee) under the terms of Seller's agreement(s) with Assignee.

☒ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse
Seller KUNES COUNTRY CHEVROLET GMC BUICK OF ELKHORN INC

By **X** _R sb_    Title _____

**LAW** FORM NO. 553-WI-eps (REV. 7/21)
©2021 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

*LAW 553-WI-eps 7/21 v2    Page 5 of 5*



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 2T1BURHEXKC232857 | 2019 | TOYT | | AUT | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | 22199TR530061 | 55532 | WI | 07-18-2022 |

Vehicle Color

**Full Name of Owner(s)**
EVANS TASHA SHANEA
2778 N 48TH ST
MILWAUKEE, WI 532102446

**Liens(s)**
PRESTIGE FINANCIAL SERVICES INC
[PO Box 26707
Salt Lake City, UT 84126]*

Lien Date: 07-18-2022
ELT Number: 00044725
LTN: LTN220720-28

* Information has been supplied by the lienholder, not the state titling agency.

Document ID: JHQRSBC1PE

**THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.

